STATE OF MICHIGAN
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIV.

NANCY RADEMACHER,

      Plaintiffs,

vs.

MACY'S, INC., a foreign corporation,

      Defendant.
_____/

Case No. 1:09-cv-124
Hon. Gordon J. Quist

| | |
|---|---|
| JAMES M. HOFER  P49719 | MATTHEW T. TOMPKINS (P62665) |
| SINAS, DRAMIS, ET AL. | JENNIFER G. DAMICO P51403 |
| Attorneys for Plaintiff | PLUNKETT COONEY |
| 3380 Pine Tree Road | Attorneys for Macy's |
| Lansing, MI  48911-4207 | 333 Bridge Street, NW, Suite 530 |
| (517) 394-7500 | Grand Rapids, MI  49504 |
| jmhofer@sinasdramis.com | (616) 752-4600 |
| | Mtompkins@plunkettcooney.com |

_____/

## STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E.D. Mich. LR 83.4, Defendant makes the following disclosures:

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

> Yes. However, the caption currently reflects the improper name of the Defendant. The proper name of Defendant is "Macy's East, an unincorporated division of Macy's Retail Holdings, Inc."

If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

      Parent corporation/affiliate name:    Macy's Retail Holdings, Inc.
      Relationship with Named Party:    Macy's East, an Unincorporated division of Macy's Retail Holdings, Inc.

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

No

If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

Parent Corporation/Affiliate Name: N/A
Nature of Financial Interest: N/A

By: /s/ Matthew T. Tompkins (P62665)

Matthew T. Tompkins (P62665)
Jennifer G. Damico (P-51403)
PLUNKETT COONEY
Attorneys for Defendant
333 Bridge Street, NW, Suite 530
Grand Rapids, MI 49504
(616) 752-4600
E-mail: Mtompkins@plunkettcooney.com

DATED: February 23, 2009
Detroit.P0668.P0668.1358559-1

STATE OF MICHIGAN
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIV.

NANCY RADEMACHER,

        Plaintiffs,

vs.

MACY'S, INC., a foreign corporation,

        Defendant.

_____/

Case No. 1:09-cv-124
Hon. Gordon J. Quist

## PROOF OF SERVICE

STATE OF MICHIGAN   )
COUNTY OF KENT     )

    Matthew T. Tompkins, being first duly sworn, deposes and says that he is employed by PLUNKETT COONEY, and that on the 24th day of February, 2009, he electronically filed the foregoing papers, **Statement of Disclosure of Corporate Affiliations and Financial Interest**, with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

- JAMES M. HOFER  P49719
  jmhofer@sinasdramis.com

        By:   /s/ Matthew T. Tompkins (P62665)

                   Matthew T. Tompkins (P62665)
                   PLUNKETT COONEY
                   Attorneys for Defendant
                   333 Bridge Street, NW, Suite 530
                   Grand Rapids, MI  49504
                   (616) 752-4600
                   E-mail:  Mtompkins@plunkettcooney.com